# UNITED STATES BANKRUPTCY APPELLATE PANEL

## OF THE TENTH CIRCUIT

|  |  |
|---|---|
| IN RE BAAB STEEL, INC., | BAP No. CO-08-064 |
| Debtor. | |
| | Bankr. No. 08-12067-ABC |
| | Chapter 7 |
| BAAB STEEL, INC., | |
| Appellant, | ORDER TRANSFERRING |
| | APPEAL |
| v. | TO U.S. DISTRICT COURT |
| PACIFIC COAST STEEL, ALICE | July 16, 2008 |
| GARNHARDT, DANA FRANZEN, R | |
| & S STEEL, K. GLEN SIMON, AL'S | |
| CAREFREE TRUCKING, INC., DEN- | |
| COL SUPPLY, INC., and LYNN | |
| MARTINEZ, Trustee, | |
| Appellees. | |

Al's Carefree Trucking, Inc., Alice Garnhardt, Dana Franzen, K. Glen Simon, Den-Col Supply, Inc., Pacific Coast Steel, R & S Steel, appellees in this appeal, have timely filed an objection to the disposition of this matter by this Court.

Pursuant to 28 U.S.C. § 158(c)(1) and Fed. R. Bankr. P. 8001(e), it is HEREBY ORDERED THAT:

(1)     This appeal is transferred to the United States District Court for the District of Colorado.

(2) Any deadlines, notices of deficiency, or orders to show cause previously set by this Court are VACATED.

(3) It is requested that the District Court acknowledge receipt of the case file listed above by returning one copy of this order, signed in the space indicated below.

For the Panel:
Barbara A. Schermerhorn, Clerk of Court

By:

Jackie Spresser
Deputy Clerk

Please acknowledge receipt of the case file listed above.

Dated: 7/21/08

Signed:

Bankruptcy Court Deputy Clerk