IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 08-cv-01529-AP

In re:
BAAB Steel, Inc., a Colorado corporation,

    Debtor.

BAAB STEEL, INC.,

    Appellant,

v.

PACIFIC COAST STEEL, ALICE GARNHARDT, DANA FRANZEN, R & S STEEL, K. GLEN SIMON, AL'S CAREFREE TRUCKING, INC., DENCOL SUPPLY, INC., AND LYNN MARTINEZ, Trustee,

    Appellees.

**MINUTE ORDER**

Judge John L. Kane **ORDERS**

    The Motion to Extend Deadline to File Opening Brief (doc. #19), filed October 23, 2008, is GRANTED. Opening brief shall be due 10 days after a ruling on the Motion to Dismiss Appeal as Moot, if that motion is denied. The Motion to Set Deadline (doc. #21), filed November 6, 2008, is denied as moot.

Dated: November 18, 2008