# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01529-AP

In re:
BAAB Steel, Inc., a Colorado corporation,

    Debtor.

BAAB STEEL, INC.,

    Appellant,

v.

PACIFIC COAST STEEL, ALICE GARNHARDT, DANA FRANZEN, R & S STEEL, K. GLEN SIMON, AL'S CAREFREE TRUCKING, INC., DENCOL SUPPLY, INC., AND LYNN MARTINEZ, Trustee,

    Appellees.

## ORDER

This matter is before the court on Appellees' Motion to Dismiss Appeal as Moot (doc. #18), filed October 23, 2008. I have reviewed the Motion, the response and the reply. The motion is DENIED. Briefing in this matter shall proceed as follows: Appellant's Opening Brief is due January 20, 2009; Appellee's Response Brief is due February 10, 2009; Appellant's Reply Brief is due February 26, 2009.

Dated: January 9, 2009

BY THE COURT:

*S/John L. Kane*

United States District Court Judge