**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-01529-CMA

IN RE: BAAB STEEL, INC., a Colorado corporation

    Debtor.

BAAB STEEL, INC.,

    Appellant,

v.

PACIFIC COAST STEEL,
ALICE GARNHARDT,
DANA FRANZEN,
R&S STEEL,
K. GLEN SIMON,
AL'S CAREFREE TRUCKING, INC.,
DEN-COL SUPPLY, INC., and
LYNN MARTINEZ, Trustee,

    Appellees.

## ORDER SETTING ORAL ARGUMENT

    This matter comes before the Court following review of the file.

    IT IS THEREFORE ORDERED that a **one-hour** hearing on the merits of the appeal is scheduled for **July 1, 2009 at 9:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A602, 6th Floor, Arraj Courthouse, 901 19th Street, Denver, Colorado. Oral argument will be limited to 15 minutes per side.

    DATED:  May   8  , 2009

                                     BY THE COURT:

                                     *Christine M Arguello*
                                     _____
                                     CHRISTINE M. ARGUELLO
                                     United States District Judge